AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ROGELIO B. DELGADO, An Individual, *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No.  1:23-cv-22076-RAR |
| NISSAN-INFINITI LT LLC., A Foreign Limited Liability Company, *Defendant(s)* | ) ) ) ) ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NISSAN-INFINITI LT LLC.
C/o its Registered Agent,
CORPORATION SERVICE COMPANY
1201 HAYS STREET
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SUE YOUR DEALER - A LAW FIRM
1930 Harrison Street
Suite 208 F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 5, 2023

s/ N. Cubic
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court